1
2
3
4
5
6
7                   UNITED STATES DISTRICT COURT
8                  CENTRAL DISTRICT OF CALIFORNIA
9                        WESTERN DIVISION
10
11  ABDELALIM MOHAMMED-EL,            )  No. CV 13-04991-JFW (VBK)
                                      )
12              Plaintiff,            )  ORDER TO SHOW CAUSE
                                      )
13       v.                           )
                                      )
14  MAXIM PROPERTIES, et al.,         )
                                      )
15              Defendants.           )
                                      )
16

17       On July 11, 2013, Defendant Los Angeles Police Department
18  filed a "Notice of Removal of Action Under 28 U.S.C. § 1441(a)
19  and 1446(a)."  The Los Angeles Police Department is a named
20  Defendant in a civil action filed in the Superior Court of the
21  State of California, County of Los Angeles entitled "<u>Abdelalim
22  Mohammed-El v. Maxim Properties, et al.</u>, Los Angeles County
23  Superior Court Case No. BC509376.  Abdelalim Mohammed-El
24  (hereinafter referred to as "Plaintiff") filed a "Verified
25  Complaint for Forceful Detainer; Violation of Title 18; Quiet
26  Title; Declaratory Judgment and Damages" on May 20, 2013.  The
27  First Cause of Action contains allegations against Defendant Los
28  Angeles Police Department for violating Plaintiff's civil rights

                                 1

under the United States Constitution. The Second Cause of Action contains a state law claim for quiet title.

On June 11, 2013, Defendant Los Angeles Police Department was served with Plaintiff's Complaint. Co-Defendants Maxim Properties and Wedgewood Community Fund II, LLC have not been served with Plaintiff's Complaint and therefore Defendant Los Angeles Police Department did not seek their consent for removal to Federal Court.

On July 16, 2013, Defendant Los Angeles Police Department filed a "Certificate of Service of Notice to Adverse Party re: Removal of Action to Federal Court."

On July 18, 2013, Defendant Los Angeles Police Department filed an "Answer of Defendant Los Angeles Police Department to Plaintiff's Complaint and Demand for Jury Trial."

On July 18, 2013, United States District Judge John F. Walter issued a Minute Order setting a Scheduling Conference for September 9, 2013 in Courtroom 16 of the United States Courthouse, 312 North Spring Street, Los Angeles, California 90012.

On July 19, 2013, a "Notice of Reference to United States Magistrate Judge" was issued.

On July 19, 2013, a "Notice of Clerical Error" was issued.

On July 31, 2013, the "Notice of Reference" addressed to Plaintiff Abdelalim Mohammed-El at 3675 Grayburn Avenue, Los Angeles, California 90018 was returned undelivered to the Court.

On August 13, 2013, United States Magistrate Judge Victor B. Kenton issued Minute Orders regarding filing Proofs of Service and setting discovery and motion cut-off dates.

1    On August 23, 2013, Defendant Los Angeles Police Department
2 filed a "Report of Parties Planning Meeting [F.R.Civ.P. 16(b) and
3 26(f); Local Rule 16-1 and 26-1]," set for hearing on September
4 9, 2013 at 8:30 a.m. in Courtroom 590 at Roybal Federal Building.
5 The hearing date is **HEREBY VACATED**.
6    In the Report, Defendants allege that Plaintiff has not
7 responded to repeated attempts at contact and all mail is
8 returned undelivered.
9    Central District Local Rule 41-6 provides:
10   "DISMISSAL - FAILURE OF PRO SE PLAINTIFF TO KEEP COURT
11   APPRISED OF CURRENT ADDRESS - A party appearing pro se
12   shall keep the Court and opposing parties apprised of
13   such party's current address and telephone number, if
14   any, and e-mail address, if any.  If mail directed by
15   the Clerk to a pro se Plaintiff's address of record is
16   returned undelivered by the Postal Service, and if,
17   within fifteen (15) days of the service date, such
18   plaintiff fails to notify, in writing, the Court and
19   opposing parties of said plaintiff's current address,
20   the Court may dismiss the action with or without
21   prejudice for want of prosecution."
22
23   Here, mail addressed to Plaintiff from the Court was
24 returned undelivered by the Postal Service on July 31, 2013. (See
25 Docket No. 11.)
26   Within 15 days of the date of this Order, Plaintiff will
27 notify the Court and opposing party of his current address, and,
28 if applicable, telephone number.  Plaintiff is advised that if he

fails to apprise the Court of his current address, the Court will issue an Order re Dismissal for want of prosecution.

DATED: September 6, 2013                    /s/
                                       VICTOR B. KENTON
                                       UNITED STATES MAGISTRATE JUDGE